JOHN W. HUBER, United States Attorney (#7226)
VERNON STEJSKAL, Assistant United States Attorney (#8434)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone:  (801) 524-5682
michael.gadd@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:18-CR-231 RJS |
|---|---|
| Plaintiff, | NOTICE OF MOTION TO TRANSFER CASE |
| vs. | |
| JONATHAN LUKE PAZ,<br>Defendant. | Judge Robert J. Shelby |

The United States of America, by and through Michael Gadd, Special Assistant United States Attorney, hereby provides notice that on today's date, the Government moved to have the above-captioned case transferred to Judge Dale A. Kimball because Judge Kimball is currently assigned a lower numbered, related case: 2:16-cr-631 DAK.

DATED this 2nd day of May, 2018.

>JOHN W. HUBER
>United States Attorney
>
> /s/Michael Gadd
>MICHAEL GADD
>Special Assistant United States Attorney